FILED

MAR 11 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

DANNY CLARKSON,

Plaintiff,

v.

CIVIL ACTION NO. ___**DR 26 CV 0016**

RIVERVIEW ENTERPRISES, LTD., RANCH ENTERPRISES, LTD; and

RANCH ENTERPRISES LOAN SERVICING, LLC,

Defendants.

## VERIFIED COMPLAINT

Plaintiff DANNY CLARKSON files this Verified Complaint and states the following.

### Jurisdiction and Venue

(1) This Court has jurisdiction under 28 U.S.C. §1332 because Plaintiff is a citizen of Indiana, Defendants are citizens of Texas, and the amount in controversy exceeds $75,000.

(2) Venue is proper under 28 U.S.C. §1391(b)(2) because the property at issue is located in Edwards County, Texas.

### Parties

(3) Plaintiff is a natural person residing in Fort Wayne, Indiana.

(4) Defendants are Texas entities conducting business in the Western District of Texas.

### Factual Background

(5) On January 5, 2022, Plaintiff entered into a Contract for Deed with RANCH ENTERPRISES LOAN SERVICING, LLC, to purchase Tract 61, a forty-acre parcel in Newby

Hills Ranch North, Edwards County, Texas.

(6) Plaintiff performed from 2022 through 2026.

(7) On January 15, 2026, Plaintiff received a written payoff statement showing the remaining balance to be $148,756.51.

(8) On January 22, 2026, Plaintiff tendered full payment by certified mail to RANCH ENTERPRISES LOAN SERVICING, LLC, at 1001 Water Street, Suite B-200, Kerrville, Texas 78028. USPS tracking confirms delivery and signature on January 24, 2026.

(9) Defendants did not acknowledge, apply, credit, or return the payoff tender and did not provide an accounting.

(10) On January 26, 2026, Defendants issued a Notice of Default threatening cancellation and forfeiture.

(11) Plaintiff's tender satisfied all remaining contractual obligations, and any attempted forfeiture is wrongful and inconsistent with contract law.

## Claims for Relief

### Count I – Breach of Contract

(12) Plaintiff tendered full payment, and Defendants failed to credit the tender and improperly declared default.

### Count II – Declaratory Judgment

(13) A real controversy exists regarding the status of the contract, payoff, and default.

### Count III – Accounting

(14) Defendants have exclusive control of records and must produce a complete accounting.

## Relief Requested

Plaintiff requests declaratory relief. a full accounting. injunctive relief preventing forfeiture. and all additional relief the Court deems just.

**Verification**

I verify under penalty of perjury that the facts in this Complaint are true and correct.

Executed March 6, 2026.

DANNY CLARKSON
Self Represented Plaintiff
3769 Trier Rd.
Fort Wayne. IN 46815
Telephone: 612-293-0440
Email: wbhf@inve.com

Ph. 9589 0710 5270 3231 8483 25

**PRESS FIRM**

*Retail*

U.S. POSTAGE PAID
PM
YUMA, AZ 85364
MAR 06, 2026

78840

**$21.65**

S2324D500314-4

TY MAIL
ENVELOPE
REQUIRED

RDC 03

# UNITED STATES POSTAL SERVICE ®  |  PRIORITY® MAIL

**FROM:**

DANNY CLARKSON
c/o 3769 TRIER RD
FT WAYNE, INDIANA
[46815]

RECEIVED

MAR 10 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**TO:**

US DISTRICT COURT
CLERK OFFICE
111 EAST BROADWAY
DEL RIO TX
78840

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

## TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. **Please recycle - again.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.