FILED

MAR 11 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

DANNY CLARKSON,

Plaintiff,

v.

CIVIL ACTION NO. _____ **DR 26CV0016**

RIVERVIEW ENTERPRISES, LTD., RANCH ENTERPRISES, LTD; and

RANCH ENTERPRISES LOAN SERVICING, LLC,

Defendants.

## MOTION FOR TEMPORARY RESTRAINING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff and moves for a Temporary Restraining Order under Rule 65 and states the following.

(1) Plaintiff purchased Tract 61 through a Contract for Deed executed January 5, 2022.

(2) Plaintiff made all payments from 2022 through 2025.

(3) Plaintiff received a payoff statement on January 15, 2026, showing a balance of $148,756.51.

(4) Plaintiff tendered full payoff on January 22, 2026, by certified mail. USPS records confirm delivery on January 24, 2026.

(5) Defendants did not acknowledge or credit the payoff and issued a Notice of Default on January 26, 2026.

(6) Plaintiff faces imminent loss of unique real property and years of payments.

Plaintiff requests an order prohibiting Defendants from cancelling or forfeiting Plaintiff's interest pending a preliminary injunction hearing.

Dated March 6, 2026.

DANNY CLARKSON

Self Represented Plaintiff

FILED

MAR 1 1 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

DANNY CLARKSON,

Plaintiff,

v.

CIVIL ACTION NO. _____ **DR 26 CV 0016**

RIVERVIEW ENTERPRISES, LTD., RANCH ENTERPRISES, LTD; and

RANCH ENTERPRISES LOAN SERVICING, LLC,

Defendants.

## PROPOSED TEMPORARY RESTRAINING ORDER

It is hereby ORDERED that Defendants are restrained from cancelling, forfeiting, transferring, encumbering, or otherwise interfering with Plaintiff's interest in Tract 61 pending the preliminary injunction hearing.

Signed this ___ day of _____, 2026.

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing documents were mailed to Defendants at 1001 Water Street, Suite B-200, Kerrville, Texas 78028, on March 6, 2026.

DANNY CLARKSON






This package is made from post-consumer waste. Please recycle - again.

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL** ®

Retail

RDC 03

PRESS FIRM

U.S. POSTAGE PAID
PM
YUMA, AZ 85364
MAR 06, 2026
$21.65
S2324D500314-4

78840

PRIORITY MAIL
ENVELOPE
REQUIRED

Ph. 9589 0710 5270 3231 8483 25

■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restrictions apply).*
■ USPS Tracking® service included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

FROM:
DANNY CLARKSON
c/o 3769 TRIER RD
TWAYNE, INDIANA
[46815]

RECEIVED
MAR 10 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

TO:
US DISTRICT COURT
CLERK OFFICE
111 EAST BROADWAY
DEL RIO TX
78840

This packaging is the property of the U.S. Postal Service℠ and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.