IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

DANNY CLARKSON,

MAR 1 1 2026

Plaintiff,

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

v.

CIVIL ACTION NO. _____ **DR 26 CV 0016**

RIVERVIEW ENTERPRISES, LTD., RANCH ENTERPRISES, LTD; and

RANCH ENTERPRISES LOAN SERVICING, LLC,

Defendants.

## VERIFIED AFFIDAVIT OF FACTS

I, Danny Clarkson, being duly sworn, state as follows.

(1) I entered a Contract for Deed on January 5, 2022.

(2) I made all payments through 2025.

(3) I received a payoff statement on January 15, 2026.

(4) I tendered full payment on January 22, 2026.

(5) USPS confirms delivery January 24, 2026.

(6) Defendants did not credit the payment and issued a Notice of Default.

I declare under penalty of perjury the foregoing is true.

Executed March 6, 2026.

DANNY CLARKSON