**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

DANNY CLARKSON,

Plaintiff,

v.

CIVIL ACTION NO. _____ **DR 26 CV 0016**

RIVERVIEW ENTERPRISES, LTD., RANCH ENTERPRISES, LTD; and

RANCH ENTERPRISES LOAN SERVICING, LLC,

Defendants.

**FILED**

**MAR 11 2026**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## MEMORANDUM OF LAW IN SUPPORT OF TRO AND PRELIMINARY INJUNCTION

Plaintiff submits this memorandum in support of emergency relief.

    (1) likelihood of success

    (2) irreparable harm,

    (3) balance of equities, and

    (4) principals interest.

**Argument**

Plaintiff tendered full performance, demonstrating a strong likelihood of success.

Loss of real property constitutes irreparable harm. The balance of equities favors Plaintiff.

Principals interest supports preventing wrongful forfeiture.

Dated March 6, 2026.

DANNY CLARKSON