Name: Danny Clarkson

Address: c/o 3769 Trier Rd

Fort Wayne, IN 46815

Phone Number: 612-293-0440

Email Address: wbhf@live.com

*Pro Se*

**FILED**

MAR 24 2026

**CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
BY_____
**DEPUTY CLERK**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Danny Clarkson | CASE NUMBER |
| | 2:26-CV-16 |
| PLAINTIFF(S) | |
| v. | |
| RIVERVIEW ENTERPRISES, LTD.; RANCH ENTERPRISES, LTD.; RANCH ENTERPRISES LOAN SERVICING, LLC | **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |
| DEFENDANT(S) | |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: Mar 13, 2026

Signature: /s/ Danny Clarkson

Created 04/20    APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY

