FILED

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

MAR 24 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DANNY CLARKSON,                                    )
          Plaintiff,                               )
     v.                                            )   Civil Action No. 2:26-CV-16
RIVERVIEW ENTERPRISES, LTD.;                       )
RANCH ENTERPRISES, LTD.;                           )
RANCH ENTERPRISES LOAN SERVICING, LLC, )
          Defendant(s).                            )

## APPLICATION TO PROCEED IN DISTRICT COURT
## WITHOUT PREPAYING FEES OR COSTS

I, Danny Clarkson, declare that I am the plaintiff in this case and that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1.  *Are you currently incarcerated?*
    No.

2.  *If not incarcerated. Are you currently employed?*
    No.

    Date of last employment: <u>April 2021</u>

    Gross monthly pay: $0
    Take-home monthly pay: $0

3.  *Other income.* In the past 12 months, I have received income from the following sources *(indicate all that apply)?*

    (a) Business / profession / self-employment – Yes
    (b) Rent payments, interest, dividends – No
    (c) Pension, annuity, life insurance – No
    (d) Disability or workers compensation – No
    (e) Gifts or inheritances – No
    (f) Other sources – Yes

Social Security: $831.90 monthly
Self-employment: approximately $400 monthly

*4.* Amount of money that I have in cash or in checking or savings account:

$1,604

*5.* Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value):*

Automobile #1:
2010 Mercedes C-300
Estimated value: $1,500
Owned free and clear

Automobile #2:
2022 Ford F-150 XLT
Estimated value: $26,000
Loan balance owed: $28,009

2015 Grand Design RV
Estimated value: $21,000
Loan balance owed: $24,947

2022 Utility Trailer
Estimated value: $7,500
Loan balance owed: approximately $4,069

Real property interest described in the complaint.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense):*

PHONE /INTERNET_____$90
GAS_____$320
INSURANCE _____$255
RENT _____$75
VEHICLE LOANS _____$1801
LAND PAYMENT _____ $1267
CREDIT CARD MINIMUM PAYMENTS_____$70
FOOD _____$750
PERSONAL HYGIENE_____ $100
VEHICLE MAINTENANCE/REPAIRS_____ $150

(TOTAL MONTHLY EXPENSES = $4878)

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

2022 Ford F-150 vehicle Loan: $28,009. Payable to: Main Street Credit Union
2015 Grand Design RV Loan: $24,947. Payable to: Main Street Credit Union
2022 Utility Trailer Loan: $4,069. Payable to: Main Street Credit Union
Real Property Interest Disputed land obligation described in complaint $148,757
Payable to: Ranch Enterprises Loan Servicing, LLC

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Executed on March 13, 2026                    */s/ Danny Clarkson*

                                             Danny Clarkson
                                             Self-Represented, Plaintiff
                                             Email: wbhf@live.com

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| DANNY CLARKSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:26-CV-16 |
| RIVERVIEW ENTERPRISES, LTD.; | ) |
| RANCH ENTERPRISES, LTD.; | ) |
| RANCH ENTERPRISES LOAN SERVICING, LLC, | ) |
| Defendant(s). | ) |

**AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Danny Clarkson, declare and affirm, under penalty of perjury, that I am unable to pay the cost of these proceedings and that I am entitled to the relief requested.

I submit an Affidavit in further support of my Application to Proceed In Forma Pauperis.

In support of this application, I answer the following questions under penalty of perjury:

My monthly income is approximately $1,232 while my monthly expenses are approximately $5728. Due to my living expenses substantially exceeding my income, I am unable to pay the filing fee to pursue this action without sacrificing basic necessities of life. When most of that debt was established, I had an adequate regular source of income and since that time, I have lost my job.

For these reasons, I respectfully request that the Court grant my Application to proceed in Forma Pauperis.

DATED: March 13, 2026.

*/s/ Danny Clarkson*
Danny Clarkson
Self-Represented, Plaintiff
3769 Trier Road
Fort Wayne, IN 46815
Telephone: 612-293-0440
Email: wbhf@live.com

Danny Clarkson
C/O 3769 TRIER RD
FORT WAYNE IN 46815-4737

$10.02   US POSTAGE
FIRST-CLASS IMI
Mar 13 2026
Mailed from ZIP 46815
2 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 6

11923275



endicia

063S0011718298

**USPS CERTIFIED MAIL**



9414 8118 9876 5431 1370 53

Western District of Texas - Del Rio Division
Clerk of Court- United States District Court
111 E BROADWAY ST
DEL RIO TX 78840-5582

RECEIVED

MAR 24 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY CLERK