**FILED**

MAR 2 4 2026

**CLERK, U.S. DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
BY_____
**DEPUTY CLERK**

# UNITED STATES DISTRICT COURT
### FOR THE
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | |
|---|---|
| DANNY CLARKSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:26-CV-16 |
| RIVERVIEW ENTERPRISES, LTD.; | ) |
| RANCH ENTERPRISES, LTD.; | ) |
| RANCH ENTERPRISES LOAN SERVICING, LLC, | ) |
| Defendant(s). | ) |

## JUDICIAL NOTICE REGARDING
## EMERGENCY TEMPORARY RESTRAINING ORDER REQUEST

Plaintiff certifies that the Verified Complaint and Motion for Temporary Restraining Order previously filed in this matter arise from Defendants' cancellation of a Contract for Deed and declaration of forfeiture concerning Plaintiff's real property located in Edwards County, Texas.

Plaintiff further certifies that the Defendants have already issued written notice cancelling the contract and demanding possession of the property [Exhibit A] dated 03/02/2026. Due to the Defendants having already taken steps to terminate Plaintiff's property interest and require Plaintiff to vacate the property, immediate judicial intervention is necessary to preserve the status quo pending review of the Temporary Restraining Order request.

This certificate is provided pursuant to Federal Rule of Civil Procedure 65(b) to inform the Court of the urgency of the requested relief.

Respectfully submitted,

*/s/ Danny Clarkson*
Danny Clarkson

3769 Trier Rd.
Fort Wayne, Indiana 46815
WBHF@live.com
Telephone: 612-293-0440
Date: March 13, 2026