**RANCH ENTERPRISES LOAN SERVICING LLC** FILED
1001 Water Street, Suite B-200
Kerrville, TX 78028-3523
(830) 257-5559

MAR 24 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

<u>**Seller's Notice of Cancellation of Contract for Deed**</u>

03/02/2026

DANNY CLARKSON
C/O 3769 TRIER RD.
FORT WAYNE, IN 46815

Re: Contract for Deed
Date: 01/05/2022
Seller: RIVERVIEW ENTERPRISES, LTD.
Buyer: DANNY CLARKSON
Property: NEWBY HILLS RANCH NORTH, TR. 61 (40 ACRES), EDWARDS COUNTY, TEXAS

ATTENTION: DANNY CLARKSON

## <u>NOTICE</u>

YOU FAILED TO CURE THE DEFAULTS SET OUT IN SELLER'S NOTICE OF DEFAULT MAILED TO YOU ON JANUARY 26, 2026, WITHIN THE PERMITTED CURE PERIOD.

THE CONTRACT FOR DEED IS NOW CANCELLED, AND YOUR INTEREST UNDER THE CONTRACT AND THE PROPERTY IS NOW FORFEITED. SELLER WILL RETAIN ALL MONEY PREVIOUSLY PAID UNDER THE CONTRACT AS LIQUIDATED DAMAGES, AS PROVIDED IN THE

[Exhibit A]
pg.

CONTRACT. SELLER GIVES NOTICE THAT YOU MUST VACATE THE PROPERTY WITHIN FIFTEEN (15) DAYS, IF YOU ARE STILL IN POSSESSION OF THE PROPERTY.

Sincerely,

susan@ranchenterprisesltd.com
Account Specialist
susan@ranchenterprisesltd.com

Sent Via Certified Mail No.:_9589 0710 5270 3197 5736 37
cc: sent regular first class mail

Enclosure: - NOTICE
               - Fair Debt Collection Practices Act Notice
               - Military National Guard Notice Pursuant to Texas Property Code



## FAIR DEBT COLLECTION PRACTICES ACT NOTICE

Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. Sections 1601, **et seq.**, we are providing you with the following notice in connection with the collection of all indebtedness and obligations evidenced by or securing payment of the note described in the letter accompanying this notice (the "Debt"):

> Unless you dispute the validity of all or any portion of the Debt within thirty (30) days after receipt of this notice, we will assume that the Debt is valid. The amount of the Debt and the name of the creditor to whom the Debt is owed (the "Lender") are stated in the letter accompanying this notice. If you do notify us in writing within the thirty-day period that all or any portion of the Debt is disputed, we will mail you verification of the Debt or a copy of t judgment against you (if the Debt has been rendered to a judgment). In addition, upon your written request the name and address of the original creditor, if different from Lender. One purpose of this communication is to collect a debt and any information obtained will be used for that purpose.

## MILITARY/NATIONAL GUARD SECTION 51.002 TEXAS PROPERTY CODE NOTICE

Pursuant to Section 51.002 of the Texas Property Code, we are providing you with the following notice to protect your rights:

> **"ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY."**



Exhibit A
Pg 3