**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

FILED

APR 22 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| DANNY CLARKSON,<br>        Plaintiff,<br><br>v.<br><br>RIVERVIEW ENTERPRISES, LTD.,<br>RANCH ENTERPRISES, LTD., and<br>RANCH ENTERPRISES LOAN<br>SERVICING, LLC,<br>        Defendants. | §<br>§<br>§<br>§<br>§    Case No. DR-26-CV-0016-AM<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is *pro se* Plaintiff Danny Clarkson's Motion for Permission to File Electronically. (ECF No. 6.) Because the Plaintiff is a *pro se* litigant, he must receive approval from this Court to file electronically. *See* Administrative Policies and Procedures for Electronic Filing, United States District Court for the Western District of Texas. While the Court gives the Plaintiff permission to file electronically in this case, this permission is not absolute and may be rescinded for abuse or consistent filing errors.

IT IS THEREFORE **ORDERED** that the Plaintiff's Motion [ECF No. 6] is **GRANTED**, and he has permission to file documents using CM/ECF. The Plaintiff is responsible for any paperwork needed to complete his registration.

IT IS FURTHER **ORDERED** that, if the Plaintiff retains an attorney, the attorney must advise the Clerk of the Court to terminate the Plaintiff's electronic filing capabilities in this case on the attorney's appearance.

SIGNED and ENTERED on this 22nd day of April 2026.

ALIA MOSES
Chief United States District Judge

2